UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL INVESTMENT GROUP LLC,

                Plaintiff,

- against -

JOHN SZOKE GRAPHICS, INC.,
AND JOHN SZOKE, INDIVIDUALLY,

                Defendants.

**ORDER**

22 Civ. 6539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that there shall be a conference in this matter on **Thursday, March 9, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge