UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL INVESTMENT GROUP LLC,

                    Plaintiff,

         - against -

JOHN SZOKE GRAPHICS, INC.,
AND JOHN SZOKE, INDIVIDUALLY,

                    Defendants.

**ORDER**

22 Civ. 6539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

         It is hereby ORDERED that the conference scheduled for March 9, 2023 is

adjourned to **April 7, 2023 at 10:30 a.m.**

Dated:  New York, New York
         March 8, 2023

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge